UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL SHAFFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:14-cv-00601 |
| | ) |
| ITT EDUCATIONAL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff, Carol Shaffer ("Shaffer"), brings this lawsuit against Defendant, ITT Educational Services, Inc. ("Defendant"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, and the Age Discrimination in Employment Act ("ADEA"), as amended.

## PARTIES

2. Shaffer resided within the Southern District of Indiana during her employment with Defendant.

3. Defendant operates and conducts business in the Southern District of Indiana.

## JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5(f)(3), 29 U.S.C. § 626(c), and 28 U.S.C. § 1331.

5. Shaffer was an "employee" within the meaning of 29 U.S.C. § 630(b) and 42 U.S.C. § 2000e(f).

6. Defendant is an "employer" within the meaning of 29 U.S.C. § 630(f) and 42 U.S.C. § 2000e(b).

7. Shaffer satisfied her obligations to exhaust her administrative remedies, having timely filed her Charge of Discrimination with the Equal Employment Opportunity Commission. She

received her "Dismissal and Notice of Rights" on her Charge and now timely files her lawsuit within 90 days after receipt of the Notice.

8. Venue is proper in this Court.

## FACTUAL ALLEGATIONS

9. Shaffer is over the age of 55.

10. Shaffer is female.

11. Defendant hired Shaffer in or about August 2009.

12. Shaffer held the position of Vice President of Curriculum Development at the time of her discharge.

13. Shaffer's work performance met or exceeded Defendant's legitimate expectations at all relevant times.

14. On or about April 2, 2013, Defendant represented to Shaffer that she was being terminated as part of a reorganization and her position was being eliminated.

15. Shaffer was the only Vice President fired as part of this alleged reorganization.

16. Shantanu Phadnis ("Phadnis") replaced Shaffer and/or assumed her job duties and responsibilities upon her separation.

17. Phadnis is male.

18. Phadnis is more than 10 years younger than Shaffer.

19. Phadnis was significantly less experienced and less qualified than Shaffer when he replaced her and/or assumed her job duties and responsibilities.

20. As of April 1, 2013, there were approximately five women and seventeen men who held Vice President, Senior Vice President, and Executive Vice President positions.

21. Defendant has accorded more favorable treatment to similarly-situated individuals.

22. Any reason proffered by Defendant for the adverse actions it has taken against Shaffer is pretextual.

23. Shaffer has suffered injury as a result of Defendant's unlawful actions.

## COUNT I

## SEX DISCRIMINATION – TITLE VII

24. Shaffer hereby incorporates paragraphs 1-23 of her Complaint.

25. Defendant terminated Shaffer because of her sex.

26. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Shaffer's rights as protected by Title VII.

## COUNT II

## AGE DISCRIMINATION – ADEA

27. Shaffer hereby incorporates paragraphs 1-26 of her Complaint.

28. Defendant terminated Shaffer because of her age.

29. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Shaffer's rights as protected by ADEA.

## REQUESTED RELIEF

WHEREFORE, Carol Shaffer, by counsel, respectfully requests that this Court find for her and order that:

1. Defendant reinstate Shaffer to the same position, salary, and seniority, or pay front pay and benefits to her in lieu of reinstatement;

2. Defendant pay lost wages and benefits to Shaffer;

3. Defendant pay compensatory and punitive damages to Shaffer;

4. Defendant pay liquidated damages to Shaffer;

     5.     Defendant pay pre- and post-judgment interest to Shaffer;

     6.     Defendant pay Shaffer's attorneys' fees and costs incurred in litigating this action; and

     7.     Defendant pay to Shaffer any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Bradley L. Wilson*
Bradley L. Wilson, Attorney No. 21154-49

Attorneys for Plaintiff
Carol Shaffer

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana  46204
Telephone:	(317)955-9500
Facsimile:	(317)955-2570
Email:	jhaskin@jhaskinlaw.com
	bwilson@jhaskinlaw.com

## **DEMAND FOR JURY TRIAL**

  Plaintiff, Carol Shaffer, by counsel, respectfully requests a jury trial for all issues deemed triable.

                Respectfully submitted,

                *s/ John H. Haskin*
                John H. Haskin, Attorney No. 7576-49